REDACTED

08-85M

# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | DE-10 |
| Violation Number | R 3163345 |
| Officer Name (Print) | HUNTSMAN C |
| Officer No. | H7394 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR ☐ USC ☒ State Code |
|---|---|---|
| 11/11/2007 | DE title 11 Section 840 | |

Place of Offense: 1704 Bldg 2166 Base Exchange Dover AFB DE 19902

Offense Description: Shoplifting

### DEFENDANT INFORMATION
Phone (302)

| Last Name | First Name | M.I. |
|---|---|---|
| Dawson | Marie | A |

Street Address: 1704

| City | State | Zip Code |
|---|---|---|
| Bear | DE | 19701 |

| Drivers License No | D.L. State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | DE | | 1974 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Bk | Bn | 5' | 250 |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|
| HP 27606 | DE | 03 | Chevy | 1GBFG15T631234659 | Gry/Gry |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →
$ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown you will be notified of your appearance date by mail.)

Court Address: The Federal Building US District Court 844 King St Wilmington DE 19801

Date (mm/dd/yyyy) ___   Time (hh:mm) ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _Marie Dawson_

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11 November 2007 while exercising my duties as a law enforcement officer in the Kent District of Delaware

Were Huntsman on 11 Nov 07 at approximately 1700 while conducting law enforcement duties on Dover AFB, DE I was dispatched to Bldg 2166 AFFES Base Exchange for a possible shoplifting upon conducting an investigation I discovered that the defendant Shoplifted a Belt in color Ivory and Buckle purse valued at $166.80 from Bldg 2166 AFFES Base Exchange. The Defendant Consented to a search of her vehicle at which time the purse was seized from underneath the drivers Seat and recorded as evidence. The defendant was ID as Dawson, Marie A of 4011 Worzyle Hill Rd Bear DE 19701.

The foregoing statement is based upon
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 11/11/2007   Officer's Signature: ___

Probable cause has been stated for the issuance of a warrant

Executed on: ___ Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 11/26/2007 11:10:51