**LEO J. BOYLE**
ATTORNEY AT LAW
SUITE 26
5197 W. WOODMILL DRIVE
WOODMILL CORPORATE CENTER
WILMINGTON, DE 19808

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JAN -8  PM 2: 36

LEO J. BOYLE*
MICHAEL J. BOYLE OF COUNSEL**
*ADMITTED IN DE AND PA
**ADMITTED IN FL ONLY

TELEPHONE
(302) 994-1300

TELECOPIER
(302) 994-6944

December 31, 2007

Clerk of the Court
U.S. District Court
District of Delaware
844 King Street, Rm 4209
Lock Box 18
Wilmington, DE  19801

08-85M

    RE:    *Marie A. Dawson*
              *Arraignment January 16, 2008 9:00 a.m.*

Dear Sir or Madam:

The purpose of this correspondence is to notify you of a scheduling conflict in regards to the above-captioned matter. I am a solo practitioner and I have a matter scheduled before Judge Johnston in Superior Court on the same date and at the same time as the arraignment referenced above. I respectfully request that Mrs. Dawson's arraignment be rescheduled.

Very truly yours,

Leo J. Boyle

LJB
cc:    Marie Dawson
        file

Wp51/clients/Ltr to U.S. District Court re hearing date