IN THE U.S. DISTRICT COURT

FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | Violation No.: R3163345 |
| | ) | 08-85M |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARIE A. DAWSON | ) | |
| | ) | |
| Defendant. | ) | |

TO: CLERK OF THE COURT
U.S. District Court
U.S. Courthouse
844 King Street
Room 4209, 4th Floor
Wilmington, DE 19801

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of the defendant, Marie A. Dawson.

*[signature]*

LEO J. BOYLE
5197 W. Woodmill Drive, Suite 26
Woodmill Corporate Center
Wilmington, DE 19808
(302) 994-1300
Attorney for Defendant

Dated: December 31, 2007

Wp51/clients/Dawson/Pleadings/Entry of Appearance