IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. : VIOLATION NOTICE NO. R3163345

Marie A. Dawson :

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for MARIE A. DAWSON.

          COLM F. CONNOLLY
          United States Attorney

BY: _____
          ROBERT T. LEAHY, Captain, USAF
          Special Assistant United States Attorney

DATE: May 7, 2008

IT IS SO ORDERED this 7th day of May 2008.

          _____
          HONORABLE MARY PAT THYNGE
          United States Magistrate Judge

FILED
MAY 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE